which in turn procured it from defendant, appellant, an importer and wholesaler of brushes.

*Bernard Swartz* and *William J. Carey* for appellant.
*Parton Swift* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of GORDON, WOLF, COWEN Co., INC., Respondent, against THE EAST ASIATIC Co., LTD., Appellant.

*Arbitration — contract — sale — finding that purchaser was justified in refusing to accept goods as unmerchantable — alleged bias of arbitrator.*

*Matter of Gordon, Wolf, Cowen Co., Inc.,* v. *East Asiatic Co., Ltd.,* 218 App. Div. 723, affirmed.

(Argued May 19, 1927; decided June 7, 1927.)

APPEAL from a judgment, entered November 4, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion to confirm an award of arbitrators and granted said motion except as to the fees of the arbitrators. The arbitrators found that goods delivered in accordance with a contract of sale were unmerchantable so as to warrant the purchaser in refusing to accept the same. The appellant contended that one of the arbitrators was not judicially impartial and free from bias and, therefore, was incompetent to make a valid award.

*E. H. Sykes* for appellant.
*Joseph C. Slaughter* and *Martin Paskus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.